No. 98–1558.  MOHAMED ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–1559.  CORDES FINANCE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 98–1567.  408 PEYTON ROAD, S. W., ATLANTA, FULTON COUNTY, GEORGIA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–7290.  SANFORD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7395.  DAVIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7740.  QUINTERO *v.* TENNESSEE; and
No. 98–7846.  HALL *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.  Reported below: 976 S. W. 2d 121.

No. 98–7970.  GIBBS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–8177.  CRISPEN *v.* CRISPEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 98–8178.  BALEY *v.* FORD MOTOR CO.  C. A. 2d Cir.  Certiorari denied.

No. 98–8180.  COOR *v.* STOCKS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–8181.  COOPER *v.* KLINGER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 98–8183.  HUNT *v.* BRITT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–8184.  ROBUSKY *v.* DAVIS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–8185.  PRICE *v.* RYDER SYSTEM, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.